IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LANORRIS MOORE,   *

      Plaintiff,   *

v.   Case No. 7:22-CV-78(HL)

       *

STATE OF GEORGIA, et al.,

       *

      Defendants.

       *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 4, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of November, 2022.

                        David W. Bunt, Clerk

                        s/ Robin L. Walsh, Deputy Clerk